No. 83–1170. UNITED STATES *v.* 50 ACRES OF LAND ET AL. C. A. 5th Cir. [Certiorari granted, 465 U. S. 1098.] Motion of Open Lands Projects et al. for leave to file a brief as *amici curiae* granted.

No. 83–1274. METROPOLITAN LIFE INSURANCE CO. ET AL. *v.* WARD ET AL. Sup. Ct. Ala. [Probable jurisdiction noted, 466 U. S. 935.] Motion of appellee Ward for leave to file out-of-time motion for divided argument denied.

No. 83–1427. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* WITT. C. A. 11th Cir. [Certiorari granted, 466 U. S. 957.] Motion of petitioner to strike portions of respondent's brief denied.

No. 83–1452. MARRESE ET AL. *v.* AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS. C. A. 7th Cir. [Certiorari granted, 467 U. S. 1258.] Motion of Illinois et al. for leave to participate in oral argument as *amici curiae* and for divided argument granted. JUSTICE BLACKMUN and JUSTICE STEVENS took no part in the consideration or decision of this motion.

No. 83–1623. ANDERSON *v.* CITY OF BESSEMER CITY, NORTH CAROLINA. C. A. 4th Cir. [Certiorari granted, 467 U. S. 1250.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.